THIRD NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, *v.* JAMES E. DUTCHER, Appellant.

(Argued June 6, 1889; decided June 25, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 9, 1887, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*Israel F. Fischer* for appellant.

*Thompson, Weeks & Lown* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

AUGUSTUS R. GRIFFIN, as Receiver, etc., Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

(Argued June 6, 1889; decided June 25, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 15, 1887, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*E. B. Hinsdale* for appellant.

*A. N. Weller* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.